Marc S. Culp, *Pro Hac Vice*
mculp@cdhllp.com
Benjamen S. Dyer, *Pro Hac Vice*
bdyer@cdhllp.com
**CULP & DYER, LLP**
222 E. McKinney, Suite 210
Denton, Texas  76201
Telephone: (940) 484-2236
Facsimile: (940) 484-4436

Timothy G. Williams (SBN 193810)
*williams@popeberger.com*
Stephanie Reynolds (SBN 220090)
*reynolds@popeberger.com*
**POPE, BERGER, WILLIAMS & REYNOLDS, LLP**
401 B Street, Suite 2000
San Diego, California  92101
Telephone: (619) 595-1366
Facsimile: (619) 236-9677

Mandeep S. Rupal (SBN 279664)
*mandeep1233@gmail.com*
**RUPAL LAW**
5811 Pine Ave.
Chino Hills, California  91709
Telephone: (909) 630-9800
Facsimile: (909) 597-6199

    Attorneys for Plaintiffs/Counterdefendants SERGE HAITAYAN, JASPREET DHILLON, ROBERT ELKINS, and MANINDER "PAUL" LOBANA, individually, and on behalf of others similarly situated

James F. Speyer (SBN 133114)
*james.speyer@apks.com*
**ARNOLD, & PORTER, KAYE SCHOLER, LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Norman Leon (*Pro Hac Vice* Application Pending)
*norman.leon@dlapiper.com*
**DLA Piper LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois  60606
Telephone: (312) 368-4000
Facsimile: (312) 630-6322

***CONTINUED ON NEXT PAGE***

/ / /

1

JOINT REPORT ON SCHEDULING CONFERENCE

EAST\150154790.1

Ellen M. Bronchetti (SBN 226975)
*ellen.bronchetti@dlapiper.com*
**DLA Piper LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105
Telephone: (415) 836-2500
Facsimile: (415) 659-7339

Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff
7-ELEVEN, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SERGE HAITAYAN, JASPREET DHILLON, ROBERT ELKINS, and MANINDER "PAUL" LOBANA, individually, and on behalf of others similarly situated,<br><br>Plaintiffs/Counterdefendants,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>Defendant/Counterclaimant.<br>-------------------------------------------------<br>7-ELEVEN, INC., a Texas corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>LOBANA CORPORATION,<br><br>Third-Party Defendant. | Case No.: 2:17-cv-7454 JFW (JPRx)<br><br>**JOINT STATEMENT OF LEAD COUNSEL REGARDING MEET AND CONFER CONFERENCE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to this Court's October 17, 2017 Standing Order and Local Rule 7-3, lead counsel submit the following Joint Statement regarding the pre-filing meet and conference they had on Defendant 7-Eleven, Inc.'s ("7-Eleven") Motion for Judgment on the Pleadings, and state as follows:

1. Plaintiffs are California-based owners of 7-Eleven franchises. This action arises out of Plaintiffs' claims that Plaintiffs are not independent contractors, but rather employees under the Fair Labor Standards Act, 29 U.S.C. section 201, *et seq*. ("FLSA") and the California Labor Code.

2. On Tuesday, January 9, 2018, Norman M. Leon, lead counsel for Defendant, and Marc S. Culp, lead counsel for Plaintiffs, had a pre-filing telephone conference regarding 7-Eleven's anticipated Motion for Judgment on the Pleadings ("Motion") as to all of the claims set forth in Plaintiffs' Amended Complaint ("Complaint"). (Doc. 24.) The conference was conducted by telephone because Defendant's lead counsel resides in Chicago, Illinois, and Plaintiffs' lead counsel resides in Denton, Texas.

3. The conference between counsel lasted approximately 18 minutes.

4. During the conference, Mr. Leon advised Mr. Culp of the bases for 7-Eleven's motion. Specifically, Mr. Leon advised Mr. Culp that 7-Eleven believed that (i) Plaintiff's claim were insufficient in light of the California Supreme Court's opinion in *Patterson v. Domino's Pizza, LLC*, 333 P.3d 723 (Cal. 2014) and several cases from the California state and federal courts (including *Cislaw v. Southland Corp.*, 4 Cal. App. 4th 1282 (1992)); and (ii) the secondary factors considered by courts confirm that 7-Eleven's franchise owners are not employees.

5. In addition, Mr. Leon advised Mr. Culp that it was 7-Eleven's position that Plaintiffs' claims under the Unfair Competition Law fail because those claims are premised entirely on Plaintiffs' claims that 7-Eleven violated the Fair Labor Standards Act ("FLSA") and the California Labor Code, claims which 7-Eleven asserts fail because Plaintiffs cannot establish that they were misclassified.

6. Mr. Culp disputed each of 7-Eleven's contentions. Mr. Culp advised Mr. Leon that he and his co-counsel were aware of the authority 7-Eleven was relying on, had researched that authority before they filed this suit, and believed that the

allegations of the Complaint were sufficient to state claims under both the FLSA and California law.

7. Mr. Culp also raised the question of whether the pleadings were "closed," for purposes of bringing a Fed. R. Civ. P. 12(c) motion. Mr. Leon advised Mr. Culp that they had researched that issue, and believed that the pleadings were in fact closed. Mr. Culp advised Mr. Leon that he would look into that issue. Mr. Culp has since agreed with Mr. Leon's assessment.

8. In subsequent conferencing occurring by email and one additional call of approximately 30 minutes, Mr. Culp shared with Mr. Leon several cases from the California state and federal courts, which Mr. Culp contended would support his position that the allegations in the Complaint were sufficient. In the subsequent communications, Mr. Culp and Mr. Leon also addressed some of the specific allegations in the Complaint and whether any amendment could be offered to cure alleged pleading deficiencies.

9. No issues were resolved during the conferencing regarding 7-Eleven's upcoming motion other than the Motion was timely under Fed. R. Civ. P. 12(c).

Dated: January 12, 2018                **CULP & DYER, LLP**

                                        By:   /s/ Marc S. Culp
                                        Marc S. Culp
                                        **ATTORNEYS FOR PLAINTIFFS AND COUNTERDEFENDANT**


                                        **DLA PIPER LLP (US)**

                                        By:   /s/ Norman Leon
                                        Norman M. Leon
                                        **ATTORNEYS FOR DEFENDANT, COUNTERCLAIMANT, AND THIRD-PARTY PLAINTIFF**

4
JOINT REPORT ON SCHEDULING CONFERENCE

EAST\150154790.1