JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERGE HAITAYAN, JASPREET DHILLON, ROBERT ELKINS, and MANINDER "PAUL" LOBANA, individually, and on behalf of other similarly situated,<br><br>　　　　Plaintiffs/<br>　　　　Counter-Defendants,<br><br>　v.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>　　　　Defendant/<br>　　　　Counter-Claimant.<br>--------------------------------------------------<br>7-ELEVEN, INC., a Texas corporation,<br><br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>LOBANA CORPORATION,<br><br>　　　　Third-Party Defendant. | CASE NO. 2:17-cv-7454 JFW (JPRx)<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT AND COUNTER-CLAIMANT 7-ELEVEN, INC.** |

/ / /

/ / /

| 1  | By Order dated March 14, 2018 [D.E. 132], this Court granted Defendant and Counter-Claimant 7-Eleven, Inc.'s ("7-Eleven") Motion for Judgment on the Pleadings [D.E. 52] and dismissed the First Amended Complaint [D.E. 24] of Plaintiffs Serge Haitayan, Jaspreet Dhillon, Robert Elkins, and Maninder Lobana (collectively, "Plaintiffs") with prejudice. 7-Eleven's Counterclaim [D.E. 34], which seeks declaratory relief in the event Plaintiffs are deemed employees, is dismissed as moot. 7-Eleven's Third Party Complaint [D.E. 38], which seeks indemnification and declaratory relief from a third party related to one of the Plaintiff's claims, is also dismissed as moot. Therefore: |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of 7-Eleven and against Plaintiffs on Plaintiffs' First Amended Complaint. Plaintiffs shall take nothing by way of their First Amended Complaint, and this action is dismissed with prejudice.

DATED: March 20, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Users\kd37944\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\4E7VXOMN\Proposed Judgment -- Haitayan et al. v. 7-Eleven (FINAL).DOCX