SHANNON LISS-RIORDAN (SBN 310719)
ANNE KRAMER (SBN 315131)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:  (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Plaintiffs*
SERGE HAITAYAN, JASPREET DHILLON, ROBERT ELKINS, and MANINDER "PAUL" LOBANA,
individually and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE HAITAYAN, JASPREET DHILLON, ROBERT ELKINS, and MANINDER "PAUL" LOBANA, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> 7-ELEVEN, INC., a Texas corporation, <br><br> Defendant. | Case No. 2:17-cv-7454-DSF-ASx <br> Case No. 2:18-cv-5465-DSF-ASx <br><br> **PLAINTIFFS' OBJECTIONS TO TRIAL DECLARATION OF FRANCINE LAFONTAINE** |

Pursuant to the Court's Order Regarding Trial Procedures, Dkt. 317, Plaintiffs hereby propound the following objections to the Trial Declaration of Francine Lafontaine, Dkt. 330.

In general, Plaintiffs object to Francine Lafontaine's testimony in full for the reasons described in their Motion in Limine, Dkt. 290. Her testimony is not relevant to the issues the Court will decide, and much of it is improper legal conclusion.

In particular:

1. Plaintiffs object to Paragraphs 6-24, describing the "Economics of Franchising", which are not relevant to the issues the Court will decide in this case.

2. Plaintiffs object to Paragraphs 25-47, describing the "Economics of Business Format Franchising", which are not relevant to the issues the Court will decide in this case.

3. Plaintiffs object to Paragraphs 48-50, the "Summary of Franchising", which are not relevant to the issues the Court will decide in this case.

4. Plaintiffs object to Paragraphs 51-70, describing the "Relationship Between 7-Eleven and Its Franchisees", which represent an improper legal conclusion.

5. Plaintiffs object to Paragraphs 71-85, describing "The Methods Described By <u>Vazquez</u> and Their Implications for Franchising", which represent improper legal analysis.

6. Plaintiffs object to Paragraphs 86-87, describing "Implications for Other Franchises", which is not relevant to the issues the Court will decide in this case.

7. Plaintiffs object to Paragraphs 88-103, describing "Analysis of 7-Eleven's Franchise Controls", which represents an improper legal conclusion.

| | |
|---|---|
| Dated: March 26, 2021 | Respectfully submitted, |
| | SERGE HAITAYAN, JASPREET DHILLON, ROBERT ELKINS, and MANINDER "PAUL" LOBANA, on behalf of themselves and others similarly situated, |
| | By their attorneys, |
| | */s/ Shannon Liss-Riordan* <br> Shannon Liss-Riordan, SBN 310719 <br> Anne Kramer, SBN 315131 <br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street, Suite 2000 <br> Boston, MA 02116 <br> (617) 994-5800 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished this 26th day of March, 2021, via the CM/ECF system to all counsel of record.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, Esq.