# LIST OF EXHIBITS AND WITNESSES

| | |
|---|---|
| **CLERK, U.S. DISTRICT COURT** | |
| **3/29/21** | |
| **CENTRAL DISTRICT OF CALIFORNIA** | |
| **BY:** _____ RF _____ **DEPUTY** | |

| Case Number | CV 17-7454/CV 18-5465 DSF | **Title** | Serge Haitayan et al v. 7-Eleven, Inc. |
|---|---|---|---|
| **Judge** | Honorable Dale S. Fischer | | |
| **Dates of Trial or Hearing** | 3/23/21, 3/24/21 | | |
| **Court Reporters or Tape No.** | Pat Cuneo/Myra Ponce | | |
| **Deputy Clerks** | Renee Fisher | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Shannon Liss-Riordan -VTC | Matthew D. Grant -VTC |
| Anne Kramer  - VTC | Norman M. Leon - VTC |
| | James F. Speyer - VTC |
| | Matthew J. Iverson - VTC |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | SEE ATTACHED FOR EXHIBITS<br><br>**EXHIBIT DESCRIPTION / WITNESS** | Called By |
|---|---|---|---|---|---|---|---|
| **Ex. No.** | **Id.** | **Ev.** | **Ex. No.** | **Id.** | **Ev** | | |
| | | | | | | Jaspreet Dhillon (3/23/21) - VTC | Plaintiff |
| | | | | | | Serge Haitayan (3/23/21) - VTC | Plaintiff |
| | | | | | | Maninder - Paul - Lobana (3/24/21) - VTC | Plaintiff |
| | | | | | | Robert Elkins (3/24/21) - VTC | Plaintiff |
| | | | | | | Derrick Washington (3/24/21) - VTC | Defendant |
| | | | | | | Arron Young (3/24/21) - VTC | Defendant |
| | | | | | | Doug Rosecrans (3/24/21) - VTC | Defendant |
| | | | | | | Davina Stevens (3/24/21) - VTC | Defendant |
| | | | | | | Francine LaFontaine, by Declaration  (3/29/21) | Defendant |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 136 | Release of Claims and Termination signed by Maninder Lobana, dated 6/19/19 | 3/24/2021 | 3/24/2021 |
| 137 | Store Franchise Agreement between 7-Eleven and Maninder Lobana and Sujata Lobana regarding Store 16027, dated 6/4/99 | | |
| 137(A) | Excerpts of Ex. 137 -- Store Franchise Agreement between 7-Eleven and Maninder Lobana and Sujata Lobana regarding Store 16027, dated 6/4/99 | | |
| 138 | Individual Store Franchise Agreement between 7-Eleven and Maninder Lobana regarding Store 16027, dated 5/14/04 | 3/24/2021 | 3/24/2021 |
| 139 | Store Franchise Agreement between 7-Eleven and Maninder Lobana regarding Store 20014, dated 12/19/02 | | |
| 139(A) | Excerpts of Ex. 139 -- Store Franchise Agreement between 7-Eleven and Maninder Lobana regarding Store 20014, dated 12/19/02 | | |
| 140 | Individual Store Franchise Agreement between 7-Eleven and Maninder Lobana regarding Store 20014, dated 5/20/04 | 3/24/2021 | 3/24/2021 |
| 140(A) | Excerpts of Ex. 140 -- Individual Store Franchise Agreement between 7-Eleven and Maninder Lobana regarding Store 20014, dated 5/20/04 | | |
| 141 | Individual Store Franchise Agreement between 7-Eleven and Maninder Lobana regarding Store 20014, dated 7/24/08 | 3/24/2021 | 3/24/2021 |
| 142 | Entity Franchise Amendment to Franchise Agreement regarding Store 18394, dated 12/18/15 | | |

| | | | |
|---|---|---|---|
| **143** | Form 48A Financial Statements regarding Store 16027, October 2013 to October 2017 | | |
| **143(A)** | Excerpts of Ex. 143 -- Form 48A Financial Statements regarding Store 16027, October 2013 to October 2017 | | |
| **144** | Form 48A Financial Statements regarding Store 20014, October 2013 to October 2017 | | |
| **144(A)** | Excerpts of Ex. 144 -- Form 48A Financial Statements regarding Store 20014, October 2013 to October 2017 | | |
| **145** | Form 48A Financial Statements regarding Store 18394, January 2016 to October 2017 | | |
| **145(A)** | Excerpts of Ex. 145 -- Form 48A Financial Statements regarding Store 18394, January 2016 to October 2017 | | |
| **146*** | Franchise Application | | |
| **147*** | Greater Los Angeles Stores Available for Purchase January 1999 | | |
| **148*** | Stores Available Profile regarding Store 16027, dated 3/9/99 | | |
| **149*** | Business Plan regarding Store 16027 | | |
| **150*** | Business Purchase Agreement and Receipt for Deposit between Maninder Lobana and Sujata Lobana and Steve Block | | |
| **151*** | Southwest Division Stores Available for Franchise, 12/1/02 | | |
| **152*** | Declaration of Nachhatar Bhullar, dated 7/12/07 | | |
| **153*** | Stores Available Profile regarding Store 20014, dated 12/4/02 | | |
| **154*** | Waiver of Training, dated 12/19/02 | | |
| **155*** | Email from Paul Lobana (7-Eleven FOASC), dated 3/31/16 | | |
| **156*** | Email from Paul Lobana (7-Eleven FOASC) | 3/24/2021 | 3/24/2021 |
| **157*** | Business Plan regarding Store 20014 | | |

| 158* | Individual Store Franchise Agreement between 7-Eleven and Lobana Corporation regarding Store 18394, dated 12/18/15 | | |
|---|---|---|---|
| 159* | Shift Schedule and Employee Summary | 3/29/2021 | 3/29/2021 |
| 160 | Store Franchise Agreement between 7-Eleven and Jaspreet Dhillon regarding Store 20958, dated 5/21/01 | | |
| 160(A) | Excerpts of Ex. 160 -- Store Franchise Agreement between 7-Eleven and Jaspreet Dhillon regarding Store 20958, dated 5/21/01 | | |
| 161 | Individual Store Franchise Agreement between 7-Eleven and Jaspreet Dhillon and Balwinder Dhillon regarding Store 20958, dated 8/06/09 | | |
| 162* | Email from jaspakam@yahoo.com, dated 8/11/14 | 3/29/2021 | 3/29/2021 |
| 163 | Individual Store Franchise Agreement between 7-Eleven and Jaspreet Dhillon regarding Store 20958, dated 8/31/04 | 3/24/2021 | 3/24/2021 |
| 163(A) | Excerpts of Ex. 163 -- Individual Store Franchise Agreement between 7-Eleven and Jaspreet Dhillon regarding Store 20958, dated 8/31/04 | | |
| 164 | Form 48A Financial Statements regarding Store 20958, October 2013 to October 2017 | | |
| 164(A) | Excerpts of Ex. 164 -- Form 48A Financial Statements regarding Store 20958, October 2013 to October 2017 | | |
| 165* | Southwest Division Greater Los Angeles Stores Available for Purchase, dated 2/7/01 | | |
| 166* | Stores Available Profile regarding Store 20958, dated 2/13/01 | | |
| 167* | Franchisee Application, dated 2/13/01 | | |
| 168* | Business Plan regarding Store 20958 | | |

| 169* | Agreement between Sherry Brooks and Jaspreet Dhillon, dated 3/15/01 | | |
| 201 | Release of Claims and Termination signed by Serge Haitayan, dated 5/29/19 | 3/23/2021 | 3/23/2021 |
| 202 | Form 48A Financial Statements regarding Store 17096, October 2013 to October 2017 | | |
| 202(A) | Excerpts of Ex. 202 -- Form 48A Financial Statements regarding Store 17096, October 2013 to October 2017 | | |
| 203 | "A 30-Year Franchisee is Being Driven Out of Business", Avanti, November-December 2020, available at https://issuu.com/avantimag/docs/avanti_novdec2020_single_pages_optimized | 3/23/2021 | 3/23/2021 |
| 204 | Email from Serge Haitayan, dated 2/12/16 | 3/23/2021 | 3/23/2021 |
| 206* | Plaintiffs' Notice of Interested Parties, dated 10/12/17 | | |
| 207* | Qualification Report for Franchise Applicants | | |
| 208* | Business Plan prepared by Serge Haitayan, dated 7/6/90 | 3/23/2021 | 3/23/2021 |
| 209* | Contract for Sale of Business between Greg and Louise Gonser and Serge Haitayan, dated 8/17/90 | | |
| 210* | Letter from Serge Haitayan | | |
| 211* | Statement of Information on Stores Available for Franchise in District 2721, effective February 1990 and June 1990 | | |
| 212* | Franchise Analysis - Here are the Facts regarding Store 17096, run date: 6/13/90 | | |
| 213* | Post by Serge Haitayan to 7-Eleven Franchise Owners group, dated 4/1/07 | 3/23/2021 | 3/23/2021 |
| 214* | Stores Available Profile regarding Store 17096, dated 7/6/90 | | |

| | | | |
|---|---|---|---|
| **215\*** | Article by Serge Haitayan titled "Is Our 7-Eleven Franchisee Model Feasible Anymore?", dated 5/2/16 | 3/29/2021 | 3/29/2021 |
| **216\*** | Email from Randy Parker, dated 8/26/13, with attached Customer Readiness Store Walk regarding Store 17096 | 3/24/2021 | 3/24/2021 |
| **217\*** | Custom Retail Price Report for Store 17096, run date: 1/30/18 | | |
| **218** | Store Franchise Agreement between 7-Eleven and Serge Haitayan regarding Store 17096, dated 8/10/90 | | |
| **218(A)** | Excerpts of Ex. 218 -- Store Franchise Agreement between 7-Eleven and Serge Haitayan regarding Store 17096, dated 8/10/90 | | |
| **220** | Individual Store Franchise Agreement between 7-Eleven and Serge Haitayan regarding Store 17096, dated 4/23/04 | 3/24/2021 | 3/24/2021 |
| **221\*** | Email from Camille Popp, dated 6/28/16 | | |
| **223** | Release of Claims and Termination signed by Robert Elkins, dated 12/12/18 | 3/24/2021 | 3/24/2021 |
| **224\*** | Qualification Report for Franchise Applicants | | |
| **225\*** | Excerpts from 7-Eleven Operations Manual | | |
| **226\*** | Statement of Information on Stores Available for Franchise in District 2031, effective July 1988 | | |
| **227\*** | Franchise Analysis Here are the Facts regarding Store 20245, run date: 5/21/89 | | |
| **229\*** | Business Plan for Store 20245 with embedded Agreement between Robert Elkins and Joanne Elkins and Warren Bancroft, dated 6/24/88 | 3/24/2021 | 3/24/2021 |
| **230\*** | Key Elements of the 7-Eleven Franchise System, dated 10/30/88 | | |
| **231\*** | Franchise Application | | |

| | | | |
|---|---|---|---|
| **232*** | Stores Available Profile regarding Store 21802, dated 2/28/96 | | |
| **233*** | Franchise Analysis Here are the Facts regarding Store 17637 | | |
| **234*** | Business Plan for Store 20245 and Store 17637, with embedded Agreement between Robert and Joanne Elkins and John Saffer, dated 3/16/96 | | |
| **235** | Individual Store Franchise Agreement between 7-Eleven and Robert Elkins and Joanne Elkins regard Store 17637, dated 4/19/04 | 3/24/2021 | 3/24/2021 |
| **236** | Store Franchise Agreement between 7-Eleven and Robert Elkins and Joanne Elkins regarding Store 20245, dated 8/16/88 | | |
| **236(A)** | Excerpts of Ex. 236 -- Store Franchise Agreement between 7-Eleven and Robert Elkins and Joanne Elkins regarding Store 20245, dated 8/16/88 | | |
| **237** | Store Franchise Agreement between 7-Eleven and Robert Elkins and Joanne Elkins regarding Store 17637, dated 3/27/96 | | |
| **237(A)** | Excerpts of Ex. 237 -- Store Franchise Agreement between 7-Eleven and Robert Elkins and Joanne Elkins regarding Store 17637, dated 3/27/96 | | |
| **238** | Individual Store Franchise Agreement between 7-Eleven and Robert Elkins and Joanne Elkins regard Store 20245, dated 4/19/04 | 3/24/2021 | 3/24/2021 |
| **239*** | Custom Retail Price Report, run date: 1/30/18 | | |
| **240** | Form 48A Financial Statements regarding Store 20245, October 2013 to October 2017 | | |
| **240(A)** | Excerpts of Ex. 240 -- Form 48A Financial Statements regarding Store 20245, October 2013 to October 2017 | | |

JOINT EXHIBIT LIST
CASE NOS. 17-CV-7454; 18-CV-5465

| 241 | Form 48A Financial Statements regarding Store 17637, October 2013 to October 2017 | | |
| 241(A) | Excerpts of Ex. 241 -- Form 48A Financial Statements regarding Store 17637, October 2013 to October 2017 | | |
| 242* | 7-Eleven Operations Manual | | |
| 242(A) | Excerpts of Ex. 242 -- 7-Eleven Operations Manual | | |
| 243 | 7-Eleven, "Franchisease," available at https://franchise.7-eleven.com/franchise/home, accessed on November 22, 2019 | 3/24/2021 | 3/24/2021 |
| 244 | 7-Eleven Marketing - Benefits for franchisees (Exhibit 1 to Lafontaine report) | | |
| 245 | 7-Eleven, "The Brand," available at https://franchise.7-eleven.com/franchise/the-brand, accessed on November 22, 2019 (excerpted in Exhibit 2 to Lafontaine report) | 3/24/2021 | 3/24/2021 |
| 246 | 7-Eleven, "7-Eleven Franchise Innovation | 7-Eleven Franchise," available at https://franchise.7-eleven.com/franchise/innovation, accessed on November 22, 2019 (URL at that time was https://franchise.7-eleven.com/franchise/always-innovating) (Exhibit 3 to Lafontaine report) | 3/24/2021 | 3/24/2021 |
| 247 | Curriculum Vitae of Francine Lafontaine (Appendix A to Expert Report of Francine Lafontaine) | 3/29/2021 | 3/29/2021 |
| 248 | Comparison chart of franchise agreement provisions (Appendix D to Expert Report of Francine Lafontaine) | 3/29/2021 | 3/29/2021 |
| 249 | Examples of franchisors' advertising on behalf of franchisees (Appendix E to Expert Report of Francine Lafontaine) | 3/29/2021 | 3/29/2021 |

JOINT EXHIBIT LIST
CASE NOS. 17-CV-7454; 18-CV-5465

| 250 | Haitayan, et al. v 7-Eleven, Inc. slide presentation by Francine Lafontaine, Ph.D. (Appendix F to Expert Report of Francine Lafontaine) | 3/29/2021 | 3/29/2021 |
|---|---|---|---|
| 251 | 7-Eleven Franchise Disclosure Document, dated April 2019 | 3/24/2021 | 3/24/2021 |
| 251(A) | Excerpts of Ex. 251 -- 7-Eleven Franchise Disclosure Document, dated April 2019 | 3/24/2021 | 3/24/2021 |
| 252 | 7-Eleven Franchise Disclosure Document, dated August 2020 | 3/24/2021 | 3/24/2021 |
| 252(A) | Excerpts of Ex. 252 -- 7-Eleven Franchise Disclosure Document, dated August 2020 | | |
| 253 | U.S. Census Bureau, Economic Census, 2012 Data, available at https://data.census.gov/cedsci/table?q=franchise&g=0400000US06&n=722511%3A722513&tid=ECNFRAN2012.EC1200CFRA1&hidePreview=true, accessed on October 22, 2020 | | |
| 254 | Bureau of Labor Statistics, "Employment by Major Industry Sector," 2018 data, available at https://www.bls.gov/emp/tables/employment-by-major-industry-sector.htm, accessed on November 22, 2019 | | |
| 255 | Andrew Hait, "Economic Census Shows Franchising Key to Many Industries," Census Bureau, March 28, 2018, available at https://www.census.gov/library/stories/2018/03/franchises.html, accessed on December 3, 2019 | | |
| 256 | BrandZ's Top 100 Most Valuable U.S. Brands, available at https://www.rankingthebrands.com/PDF/BrandZ%20US%20Top%20100%20Report%202019.pdf, accessed on November 22, 2019 | | |

| | | | |
|---|---|---|---|
| 256(A) | Excerpts of Ex. 256 -- BrandZ's Top 100 Most Valuable U.S. Brands, available at https://www.rankingthebrands.com/PDF/BrandZ%20US%20Top%20100%20Report%202019.pdf, accessed on November 22, 2019 | | |
| 257 | 7-Eleven, "Our Business Model," 2019, available at https://franchise.7-eleven.com/franchise/our-business-model, accessed on November 25, 2019 | 3/24/2021 | 3/24/2021 |
| 258 | Franchising.com, "Franchise Conferences," available at https://www.franchising.com/conferences/, accessed on November 22, 2019 | | |
| 259 | Entrepreneur, "Our 40th Annual 2019 Franchise 500 Ranking," available at https://www.entrepreneur.com/franchises/500, accessed on November 22, 2019 | | |
| 260 | Entrepreneur, "6 Ways to Market Your Franchised Business," available at https://www.entrepreneur.com/article/287930, accessed on November 22, 2019 | | |
| 261 | WorldFranchising.com, "The Definitive Guide To The World Of Franchising," available at http://www.worldfranchising.com/, accessed on November 22, 2019 | | |
| 262 | 7-Eleven, "New Franchisee Process," available at https://franchise.7-eleven.com/franchise/new-franchisee, accessed on November 22, 2019 | | |

| 263 | 7-Eleven, "All Events," available at https://franchise.7-eleven.com/franchise/seminar-sign-up, accessed on November 22, 2019 | | |
|---|---|---|---|
| 264 | WorldFranchising.com, "Bond's Top 100 Franchises," available at http://www.worldfranchising.com/search/publications/top-100-franchises, accessed on November 22, 2019 | | |
| 265 | Customer comment regarding Store 32460, dated 3/28/19 | 3/24/2021 | 3/24/2021 |
| 266 | Customer comment regarding Store 32463, dated 4/8/18 | 3/24/2021 | 3/24/2021 |
| 267 | Customer comment regarding Store 33392, dated 11/3/17 | 3/24/2021 | 3/24/2021 |
| 268 | Customer comment regarding Store 25059, dated 10/6/16 | 3/24/2021 | 3/24/2021 |
| 269 | Customer comment regarding Store 25059, dated 2/25/16 | 3/24/2021 | 3/24/2021 |
| 270 | Customer comment regarding Store 32432, dated 7/11/17 | 3/24/2021 | 3/24/2021 |
| 271 | Customer comment regarding 32432, dated 1/21/19 | 3/24/2021 | 3/24/2021 |
| 272 | 7-Eleven Letter of Notification, Store #17637, RE: Out-of-Code or Uncoded Merchandise, dated June 1, 2011 | 3/24/2021 | 3/24/2021 |
| 273 | Subway, "Franchise Disclosure Document," dated May 1, 2019 | | |
| 273(A) | Excerpts of Ex. 273 -- Subway, "Franchise Disclosure Document," dated May 1, 2019 | | |
| 274 | RE/MAX, "Franchise Disclosure Document," dated February 28, 2019 | | |
| 274(A) | Excerpts of Ex. 274 -- RE/MAX, "Franchise Disclosure Document," dated February 28, 2019 | | |
| 275 | ServPro, "Franchise Disclosure Document," dated April 1, 2019 | | |

JOINT EXHIBIT LIST
CASE NOS. 17-CV-7454; 18-CV-5465

| 275(A) | Excerpts of Ex. 275 -- ServPro, "Franchise Disclosure Document," dated April 1, 2019 | | |
| --- | --- | --- | --- |
| 276 | Dunkin' Donuts, "Franchise Disclosure Document," dated April 2, 2019 | | |
| 276(A) | Excerpts of Ex. 276 -- Dunkin' Donuts, "Franchise Disclosure Document," dated April 2, 2019 | | |
| 277 | Midas Shop, "Franchise Disclosure Document," dated June 28, 2019 | | |
| 277(A) | Excerpts of Ex. 277 -- Midas Shop, "Franchise Disclosure Document," dated June 28, 2019 | | |
| 278 | McDonald's, "Franchise Disclosure Document," dated May 1, 2018, Franchise Agreement | | |
| 278(A) | Excerpts of Ex. 278 -- McDonald's, "Franchise Disclosure Document," dated May 1, 2018, Franchise Agreement | | |
| 279 | Edible International, "Franchise Disclosure Document," amended February 20, 2018, Franchise Agreement | | |
| 279(A) | Excerpts of Ex. 279 -- Edible International, "Franchise Disclosure Document," amended February 20, 2018, Franchise Agreement | | |
| 280 | GNC, "Franchise Disclosure Document," dated April 25, 2018, Franchise Agreement | | |
| 280(A) | Excerpts of Ex. 280 -- GNC, "Franchise Disclosure Document," dated April 25, 2018, Franchise Agreement | | |
| 281 | Circle K, "Franchise Disclosure Document," dated July 6, 2017, FDD | | |
| 281(A) | Excerpts of Ex. 281 -- Circle K, "Franchise Disclosure Document," dated July 6, 2017, FDD | | |

| | | | |
|---|---|---|---|
| **282** | On the Run, "Franchise Disclosure Document," dated August 4, 2015, Franchise Agreement | | |
| **282(A)** | Excerpts of Ex. 282 -- On the Run, "Franchise Disclosure Document," dated August 4, 2015, Franchise Agreement | | |
| **283** | Sunoco Retail, "Franchise Disclosure Document," dated April 24, 2018, FDD | | |
| **283(A)** | Excerpts of Ex. 283 -- Sunoco Retail, "Franchise Disclosure Document," dated April 24, 2018, FDD | | |
| **284** | The UPS Store, "Franchise Disclosure Document," dated April 27, 2018, Franchise Agreement | | |
| **284(A)** | Excerpts of Ex. 284 -- The UPS Store, "Franchise Disclosure Document," dated April 27, 2018, Franchise Agreement | | |
| **285** | Midas Shop, "Franchise Disclosure Document," dated June 29, 2017 | | |
| **285(A)** | Excerpts of Ex. 285 -- Midas Shop, "Franchise Disclosure Document," dated June 29, 2017 | | |
| **286** | Baskin Robbins, "Franchise Disclosure Document," dated April 3, 2018, FDD | | |
| **286(A)** | Excerpts of Ex. 286 -- Baskin Robbins, "Franchise Disclosure Document," dated April 3, 2018, FDD | | |
| **287** | Dunkin' Donuts, "Franchise Disclosure Document," dated April 3, 2018, FDD | | |
| **287(A)** | Excerpts of Ex. 287 -- Dunkin' Donuts, "Franchise Disclosure Document," dated April 3, 2018, FDD | | |
| **288** | Fantastic Sams, "Franchise Disclosure Document," dated April 20, 2018, Franchise Agreement | | |

| | | | |
|---|---|---|---|
| 288(A) | Excerpts of Ex. 288 -- Fantastic Sams, "Franchise Disclosure Document," dated April 20, 2018, Franchise Agreement | | |
| 289 | MaidPro, "Franchise Disclosure Document," dated March 31, 2018 | | |
| 289(A) | Excerpts of Ex. 289 -- MaidPro, "Franchise Disclosure Document," dated March 31, 2018 | | |
| 290 | Form 48A Financial Statements regarding Store 16027, December 2017 to December 2019 | | |
| 290(A) | Excerpts of Ex. 290 -- Form 48A Financial Statements regarding Store 16027, December 2017 to December 2019 | | |
| 291 | Form 48A Financial Statements regarding Store 20014, December 2017 to December 2019 | | |
| 291(A) | Excerpts of Ex. 291 -- Form 48A Financial Statements regarding Store 20014, December 2017 to December 2019 | | |
| 292 | Form 48A Financial Statements regarding Store 20958, December 2017 to December 2019 | | |
| 292(A) | Excerpts of Ex. 292 -- Form 48A Financial Statements regarding Store 20958, December 2017 to December 2019 | | |
| 293 | Form 48A Financial Statements regarding Store 17096, November 2017 to December 2019 | | |
| 293(A) | Excerpts of Ex. 293 -- Form 48A Financial Statements regarding Store 17096, November 2017 to December 2019 | | |
| 294 | Form 48A Financial Statements regarding Store 20245, December 2017 to December 2019 | | |

| | | | |
|---|---|---|---|
| 294(A) | Excerpts of Ex. 294 -- Form 48A Financial Statements regarding Store 20245, December 2017 to December 2019 | | |
| 295 | Form 48A Financial Statements regarding Store 17637, December 2017 to December 2019 | | |
| 295(A) | Excerpts of Ex. 295 -- Form 48A Financial Statements regarding Store 17637, December 2017 to December 2019 | | |
| 296 | Docket 216 – 1 | 3/24/2021 | 3/24/2021 |
| 297 | Docket 318 | 3/24/2021 | 3/24/2021 |
| 298 | Quizno's Offering Circular | 3/29/2021 | 3/29/2021 |
| 1002 | Managing the Inventory for Franchisees and Managers | 3/23/2021 | 3/23/2021 |
| 1003 | Hot Foods Reference Materials | 3/23/2021 | 3/23/2021 |
| 1004 | 7-Eleven Quality Assurance Food Safety Verification | 3/23/2021 | 3/23/2021 |
| 1005 | New 7-Select Meat Snacks Schematic | 3/23/2021 | 3/23/2021 |
| 1007 | Activities to Prepare for 7-Eleven Day | 3/24/2021 | 3/24/2021 |
| 1008 | 7-Eleven Day Tools and Preparation | 3/23/2021 | 3/23/2021 |
| 1023 | 7-Eleven Launch | 3/24/2021 | 3/24/2021 |
| 1024 | College of Operations Leadership - Lead It Certification | 3/24/2021 | 3/24/2021 |
| 1026 | 7-Eleven Operations Manual | 3/23/2021 | 3/23/2021 |
| 1032 | ABC Licenses | 3/24/2021 | 3/24/2021 |
| 1033 | City of Fresno Business Tax Certificate | 3/23/2021 | 3/23/2021 |
| 1037 | 7-Eleven Approved Uniform Program (Franchisee) | 3/23/2021 | 3/24/2021 |
| 1038 | Franchisee or Employee of Franchisee Authorization for Direct Deposit | 3/24/2021 | 3/24/2021 |
| 1039 | 7-11 Day Prep List | | |
| 1040 | Alert: Store #17096 | 3/23/2021 | 3/23/2021 |
| 1041 | 7-Eleven Action Requested: Pricing and Scanning Regulations | 3/23/2021 | 3/23/2021 |
| 1042 | GLA Local Minimum Wage Action Plan | | |
| 1044 | Navigating Through 7Hub to Hire Right | 3/24/2021 | 3/24/2021 |

JOINT EXHIBIT LIST
CASE NOS. 17-CV-7454; 18-CV-5465

| | | | |
|---|---|---|---|
| 1046 | How to Order: Now Hiring Window Signs | 3/24/2021 | 3/24/2021 |
| 1047 | Hire Right CareerBuilder Instructions | 3/24/2021 | 3/24/2021 |
| 1085 | Valentines Day: Cupcakes/Strawberry Filled Donuts | 3/23/2021 | 3/23/2021 |
| 1086 | Congratulations! | 3/23/2021 | 3/23/2021 |
| 1087 | Free Donut Day! | 3/23/2021 | 3/23/2021 |
| 1088 | Cahuenge and Riverside Merchandising | 3/23/2021 | 3/23/2021 |
| 1089 | Gooey Bites Sales Verifcation | 3/23/2021 | 3/23/2021 |
| 1090 | DL Yesterday Results | 3/23/2021 | 3/23/2021 |
| 1091 | Red Bull/Pizza | 3/23/2021 | 3/23/2021 |
| 1092 | 7-Eleven_Back to College_One Pager | 3/23/2021 | 3/23/2021 |
| 1093 | Health Inspector | 3/23/2021 | 3/23/2021 |
| 1094 | GreenDot Money Pak Message to Put at PMU | 3/23/2021 | 3/23/2021 |
| 1095 | BBQ Pizza Test is Over | 3/23/2021 | 3/23/2021 |
| 1096 | Dreyer's Delivery Next Two Weeks | 3/23/2021 | 3/23/2021 |
| 1097 | Beverage Issues | 3/23/2021 | 3/23/2021 |
| 1098 | 7-Eleven Mobile App | 3/23/2021 | 3/23/2021 |
| 1099 | 7S Novelty Transition Plan | 3/24/2021 | 3/24/2021 |
| 1100 | 7-11 Pizza Program and Sam Adams | 3/23/2021 | 3/23/2021 |
| 1101 | 7S Ice Cream is Orderable Today | | |
| 1102 | Weather Comps | 3/24/2021 | 3/24/2021 |
| 1103 | 1.4 Billion! | 3/24/2021 | 3/24/2021 |
| 1104 | New XL Iced Coffee Cup | 3/24/2021 | 3/24/2021 |
| 1105 | Chicken Sandwich Sales | 3/24/2021 | 3/24/2021 |
| 1106 | Chicken Sandwih for MDT 5/24 | 3/23/2021 | 3/23/2021 |
| 1107 | Fresh Food Promo and FF updates | 3/23/2021 | 3/23/2021 |
| 1108 | Wings Focus Day Results | 3/23/2021 | 3/23/2021 |
| 1109 | Pizza Focus Day Results | 3/24/2021 | 3/24/2021 |
| 1110 | 12/21 Brookie Order update | | |
| 1111 | Wrigley's Gum 2/$2 Promo | 3/23/2021 | 3/23/2021 |
| 1112 | Premium Beer 3pk Price Change | 3/23/2021 | 3/23/2021 |
| 1113 | Want to Add $2.99 to Every Transaction | 3/23/2021 | 3/23/2021 |
| 1114 | New Items to Carry | 3/24/2021 | 3/24/2021 |
| 1115 | Vault Updates | 3/23/2021 | 3/23/2021 |
| 1118 | Donaghy Sales Post Off | 3/23/2021 | 3/23/2021 |

JOINT EXHIBIT LIST
CASE NOS. 17-CV-7454; 18-CV-5465

| | | | |
|---|---|---|---|
| 1119 | Fresh Bakery SRP Changes Effective 10/2 | 3/23/2021 | 3/23/2021 |
| 1120 | Go Dodgers Donut | 3/23/2021 | 3/23/2021 |
| 1133 | Required Franchisee and Store Manager Training | 3/24/2021 | 3/24/2021 |
| 1134 | 7-Eleven Discipline Guidelines | 3/24/2021 | 3/24/2021 |
| 1136 | Hire Right Light Manual for Franchise And Corporate | 3/24/2021 | 3/24/2021 |
| 1137 | Ready to Serve 10-Day Training Plain for New Store Employees Coaching Guide | 3/23/2021 | 3/23/2021 |
| 1140 | Guest Readiness Store Walk | 3/23/2021 | 3/24/2021 |
| 1141 | Concerns 20014 | 3/24/2021 | 3/24/2021 |
| 1142 | Money Order Violation | 3/24/2021 | 3/24/2021 |
| 1143 | CRP on Coffee Cup | 3/23/2021 | 3/23/2021 |
| 1164 | Store 20245 Floor Plan | 3/23/2021 | 3/24/2021 |
| 1165 | Action Required - Missing or Discrepant Deposit Report | 3/23/2021 | 3/23/2021 |
| 1167 | Cigarette: Montclair and New Door Strikes | 3/23/2021 | 3/23/2021 |
| 1168 | Free Glazed Donut on Friday on 7-11 App | | |
| 1169 | Bacon Hot Dogs--arrive Fri/Sat | | |
| 1170 | Fresh Food and Prop Bev Updates | 3/23/2021 | 3/23/2021 |
| 1171 | CA Lottery $20 Playbook Tray Install | 3/23/2021 | 3/23/2021 |
| 1172 | Egg Price Change | 3/23/2021 | 3/23/2021 |
| 1173 | 7Rewards Week FAQs | 3/24/2021 | 3/24/2021 |
| 1174 | 7-Eleven Remodel Project | 3/24/2021 | 3/24/2021 |
| 1175 | Pull and Destroy: 7-Select Original Jumbo Meat Stick | 3/24/2021 | 3/24/2021 |
| 1177 | CDC Plus Go Live | 3/23/2021 | 3/23/2021 |
| 1183 | 7-Eleven - Core-Mark MST Returns | 3/23/2021 | 3/23/2021 |
| 1186 | May 2017 Post Off Schedule | 3/23/2021 | 3/23/2021 |
| 1190 | 7Rewards Free Prop Bev Offers | | |
| 1192 | 7Rewards FAQs | 3/23/2021 | 3/23/2021 |
| 1193 | 7Rewards Message from Greg Franks | 3/23/2021 | 3/23/2021 |
| 1204 | Training document | 3/24/2021 | |
| 1314 | Financial System Guide Sheets | 3/24/2021 | 3/24/2021 |
| 1315 | Haitayan Oct 2013 | 3/23/2021 | 3/23/2021 |
| 1316 | Haitayan Nov 2013 | 3/23/2021 | 3/23/2021 |

JOINT EXHIBIT LIST
CASE NOS. 17-CV-7454; 18-CV-5465

| 1317 | Haitayan Dec 2013 | 3/23/2021 | 3/23/2021 |
| 1318 | Haitayan Dec 2014 | 3/23/2021 | 3/23/2021 |
| 1319 | Haitayan Dec 2015 | 3/23/2021 | 3/23/2021 |
| 1320 | Haitayan Dec 2016 | 3/23/2021 | 3/23/2021 |
| 1321 | Haitayan Dec 2017 | 3/23/2021 | 3/23/2021 |
| 1322 | Haitayan Dec 2018 | 3/23/2021 | 3/23/2021 |
| 1323 | Haitayan Dec 2019 | 3/23/2021 | 3/23/2021 |
| 1324 | | 3/24/2021 | 3/24/2021 |
| 1325 | Haitayan Sample Month (Sept 2017) | 3/23/2021 | 3/23/2021 |
| 1326 | Dhillon Oct 2013 | 3/24/2021 | 3/24/2021 |
| 1327 | Dhillon Nov 2013 | 3/23/2021 | 3/23/2021 |
| 1328 | Dhillon Dec 2013 | 3/23/2021 | 3/23/2021 |
| 1329 | Dhillon Dec 2014 | 3/23/2021 | 3/23/2021 |
| 1330 | Dhillon Dec 2015 | 3/23/2021 | 3/23/2021 |
| 1331 | Dhillon Dec 2016 | 3/23/2021 | 3/23/2021* |
| 1332 | Dhillon Dec 2017 | 3/23/2021 | 3/23/2021 |
| 1333 | Dhillon Dec 2018 | 3/23/2021 | 3/23/2021 |
| 1334 | Dhillon Dec 2019 | 3/23/2021 | 3/23/2021* |
| 1336 | Dhillon Sample Month (Sept 2017) | 3/23/2021 | 3/23/2021 |
| 1338 | Elkins 17637C Oct 2013 | 3/24/2021 | 3/24/2021 |
| 1339 | Elkins 17637C Nov 2013 | 3/24/2021 | 3/24/2021 |
| 1340 | Elkins 17637C Dec 2013 | 3/24/2021 | 3/24/2021 |
| 1341 | Elkins 17637C Dec 2014 | 3/24/2021 | 3/24/2021 |
| 1342 | Elkins 17637C Dec 2015 | 3/24/2021 | 3/24/2021 |
| 1343 | Elkins 17637C Dec 2016 | 3/24/2021 | 3/24/2021 |
| 1344 | Elkins 17637C Dec 2017 | 3/24/2021 | 3/24/2021 |
| 1345 | Elkins 17637C Dec 2018 | 3/24/2021 | 3/24/2021 |
| 1346 | Elkins 17637C Dec 2019 | 3/24/2021 | 3/24/2021 |
| 1348 | Elkins 17637C Sample Month (Sept 2017) | | |
| 1350 | Elkins 20245C Oct 2013 | 3/24/2021 | 3/24/2021 |
| 1351 | Elkins 20245C Nov 2013 | 3/24/2021 | 3/24/2021 |
| 1352 | Elkins 20245C Dec 2013 | 3/24/2021 | 3/24/2021 |
| 1353 | Elkins 20245C Dec 2014 | 3/24/2021 | 3/24/2021 |
| 1354 | Elkins 20245C Dec 2015 | 3/24/2021 | 3/24/2021 |
| 1355 | Elkins 20245C Dec 2016 | 3/24/2021 | 3/24/2021 |
| 1356 | Elkins 20245C Dec 2017 | 3/24/2021 | 3/24/2021 |
| 1357 | Elkins 20245C Dec 2018 | 3/24/2021 | 3/24/2021 |
| 1358 | Elkins 20245C Dec 2019 | 3/24/2021 | 3/24/2021 |

| | | | |
|---|---|---|---|
| 1360 | Elkins 20245C Sample Month (Sept 2017) | 3/24/2021 | 3/24/2021 |
| 1362 | Lobana 16027D Oct 2013 | 3/24/2021 | 3/24/2021 |
| 1363 | Lobana 16027D Nov 2013 | 3/24/2021 | 3/24/2021 |
| 1364 | Lobana 16027D Dec 2013 | 3/24/2021 | 3/24/2021 |
| 1365 | Lobana 16027D Dec 2014 | 3/24/2021 | 3/24/2021 |
| 1366 | Lobana 16027D Dec 2015 | 3/24/2021 | 3/24/2021 |
| 1367 | Lobana 16027D Dec 2016 | 3/24/2021 | 3/24/2021 |
| 1368 | Lobana 16027D Dec 2017 | 3/24/2021 | 3/24/2021 |
| 1369 | Lobana 16027D Dec 2018 | 3/24/2021 | 3/24/2021 |
| 1370 | Lobana 16027D Dec 2019 | 3/23/2021 | 3/23/2021 |
| 1372 | Lobana 16027D Sample Month (Sept 2017) | 3/24/2021 | 3/24/2021 |
| 1374 | Lobana 20014D Oct 2013 | 3/24/2021 | 3/24/2021 |
| 1375 | Lobana 20014D Nov 2013 | 3/24/2021 | 3/24/2021 |
| 1376 | Lobana 20014D Dec 2013 | 3/24/2021 | 3/24/2021 |
| 1377 | Lobana 20014D Dec 2014 | 3/24/2021 | 3/24/2021 |
| 1378 | Lobana 20014D Dec 2015 | 3/24/2021 | 3/24/2021 |
| 1379 | Lobana 20014D Dec 2016 | 3/24/2021 | 3/24/2021 |
| 1380 | Lobana 20014D Dec 2017 | 3/24/2021 | 3/24/2021 |
| 1381 | Lobana 20014D Dec 2018 | 3/24/2021 | 3/24/2021 |
| 1382 | Lobana 20014D Dec 2019 | 3/24/2021 | 3/24/2021 |
| 1383 | Lobana | 3/23/2021 | |
| 1384 | Lobana 20014D Sample Month (Sept 2017) | 3/24/2021 | 3/24/2021 |
| 1386 | 7-Eleven Individual Store Franchise Agreement - Haitayan | 3/23/2021 | 3/23/21 |
| 1387 | 7-Eleven Individual Store Franchise Agreement - Dhillon | 3/24/2021 | 3/24/2021 |
| 1388 | 7-Eleven Individual Store Franchise Agreement (Market/Store #2121 - 20245 C) - Elkins | 3/24/2021 | 3/24/2021 |
| 1389 | 7-Eleven Individual Store Franchise Agreement (Market/Store #2131 - 17637 C) - Elkins | 3/24/2021 | 3/24/2021 |
| 1390 | 7-Eleven Individual Store Franchise Agreement - Lobana | 3/24/2021 | 3/24/2021 |
| 1391 | Franchise Disclosure Document - 2018 | 3/23/2021 | 3/23/2021 |

JOINT EXHIBIT LIST
CASE NOS. 17-CV-7454; 18-CV-5465

| | | | |
|---|---|---|---|
| 1392 | Instructions for Executing 2019 Franchise Agreement | 3/23/2021 | 3/23/2021 |
| 1393 | $1,000 Early Signing Incentive | 3/24/2021 | 3/24/2021 |
| 1394 | Fee for Certain Existing Franchisees Who Terminate Their Existing Franchise Agreements | 3/24/2021 | 3/24/2021 |
| 1395 | Instructions for Executing 2019 Franchise Agreement | 3/23/2021 | 3/23/2021 |
| 1396 | News 2 Know: Greater LA Zone - August 6 Edition | 3/23/2021 | 3/23/2021 |
| 1397 | Frequently Asked Questions | 3/24/2021 | 3/24/2021 |
| 1398 | Continue Your Journey with 7-Eleven | 3/24/2021 | 3/24/2021 |
| 1399 | Action Needed Regarding 2019 Franchise Agreement | 3/23/2021 | 3/23/2021 |
| 1400 | 7-Eleven Franchising - Franchise Disclosure Document | 3/23/2021 | 3/23/2021 |
| 1401 | 2019 Franchise Agreement Frequently Asked Questions | 3/23/2021 | 3/23/2021 |
| 1402 | 7-Eleven 2019 Franchise Agreement Request Form | 3/23/2021 | 3/23/2021 |
| 1403 | Existing Franchisee Options | 3/23/2021 | 3/23/2021 |
| 1545 | Exhibit A to Plaintiffs' Assessment of Damages, Dkt. 318-01 | 3/23/2021 | 3/23/2021 |
| | | | |
| | | | |

JOINT EXHIBIT LIST
CASE NOS. 17-CV-7454; 18-CV-5465

JOINT EXHIBIT LIST
CASE NOS. 17-CV-7454; 18-CV-5465