# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SERGE HAITAYAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>Defendant. | Case No. 2:17-cv-7454 DSF (ASx)<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT/ COUNTER-CLAIMANT 7-ELEVEN, INC.** |

The remaining claims and counter-claim asserted by the parties in this matter were tried to the Court on March 23 and March 24, 2021. Having heard and reviewed the evidence and having considered the parties' post-trial submissions, the Court entered its Findings of Fact and Conclusions of Law After Court Trial on September 8, 2021, finding for Defendant/Counter-claimant 7-Eleven, Inc. ("7-Eleven") on all remaining claims asserted by the Plaintiffs in this matter. Dkt. 350. In accordance with those findings, judgment is hereby entered in 7-Eleven's favor on all of Plaintiffs' remaining claims. 7-Eleven's Counterclaim (Dkt. 34), which seeks declaratory relief in the event Plaintiffs were deemed employees, and 7-Eleven's Third-Party Complaint

(Dkt. 38), which seeks indemnification and declaratory relief from a third party related to one of the Plaintiff's claims, are hereby dismissed as moot. Therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of 7-Eleven and against Plaintiffs on Plaintiffs' First Amended Complaint. Plaintiffs shall take nothing by way of their First Amended Complaint, and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: October 1, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE