1  SHANNON LISS-RIORDAN (SBN 310719)
2  sliss@llrlaw.com
   LICHTEN & LISS-RIORDAN, P.C.
3  729 Boylston Street, Suite 2000
   Boston, MA 02116
4  Telephone:   (617) 994-5800
5  Facsimile:    (617) 994-5801

6
   *Attorney for Plaintiffs*
7  SERGE HAITAYAN, JASPREET
   DHILLON, ROBERT ELKINS, and
8  MANINDER "PAUL" LOBANA, individually
9  and on behalf of others similarly situated

10

11           **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  SERGE HAITAYAN, JASPREET DHILLON, ROBERT ELKINS, and MANINDER "PAUL" LOBANA, individually and on behalf of others similarly situated, | Case No. 2:17-cv-7454-DSF-ASx  Case No. 2:18-cv-5465-DSF-ASx  **NOTICE OF APPEAL** |
| 17          Plaintiffs, | Judge: Hon. Dale S. Fischer  Courtroom: 7D |
| 19          v. | |
| 20  7-ELEVEN, INC., a Texas corporation, | |
| 22          Defendant. | |

23

24

25

26

27

28

1    Plaintiffs hereby appeal the District Court's Findings of Fact and

2  Conclusions of Law and entry of judgment for Defendant 7-Eleven, Inc.  Plaintiffs

3

4  specifically challenge the District Court's decision not to apply the "ABC" test to

5  Plaintiffs' claims and results that flowed from that decision (including denial of

6  Plaintiffs' motion for class certification).

7

8

9  Dated: October 13, 2021              Respectfully submitted,

10

11                                     SERGE HAITAYAN, JASPREET
                                       DHILLON, ROBERT ELKINS, and
12                                     MANINDER "PAUL" LOBANA, on behalf
                                       of themselves and others similarly situated,
13

14                                     By their attorneys,

15                                     */s/ Shannon Liss-Riordan*
16                                     Shannon Liss-Riordan, SBN 310719
                                       LICHTEN & LISS-RIORDAN, P.C.
17                                     729 Boylston Street, Suite 2000
                                       Boston, MA 02116
18                                     (617) 994-5800

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing has been furnished this 13th day of October 2021, via the CM/ECF system to all counsel of record.

*/s/ Shannon Liss-Riordan*

Shannon Liss-Riordan, Esq.
